LORBER, GREENFIELD & POLITO, LLP
Steven M. Polito, Esq. SBN 123223
William T. Pascoe, Esq. SBN 133013
13985 Stowe Drive
Poway, California 92064
TEL: (858) 513-1020 / FAX: (858) 513-1002
spolito@lorberlaw.com; wpascoe@lorberlaw.com

Attorneys for Defendant
GENERAL DYNAMICS LAND SYSTEMS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MATTHEW MADDUX,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GENERAL DYNAMICS LAND SYSTEMS; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | Case No: 5:19-cv-1232<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) – DIVERSITY OF CITIZENSHIP – AND FEDERAL QUESTION 28 U.S.C. § 1442(a)(2)** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant GENERAL DYNAMICS LAND SYSTEMS, INC. (erroneously sued as General Dynamics Land Systems), a Delaware corporation with its principal place of business in Sterling Heights, Macomb County, Michigan, hereby removes to this Court the state court action described below based upon two principles.

On April 14, 2019, an action was commenced in the Superior Court of the State of California in and for the County of Los Angeles, entitled MATTHEW MADDUX, Plaintiffs (sic) vs. GENERAL DYNAMICS LAND SYSTEMS, and DOES 1-100, inclusive, Defendants, Case Number 19STCV12723. A copy of the Complaint is attached hereto as **Exhibit "A"**.

The Complaint alleges general damages exceeding $50,000.00. In addition, the Complaint specifically alleges the following damages:

- (2) economic damages in an amount determined according to proof;
- (3) past and future medical care expenses according to proof;
- (4) past and future loss of earnings according to proof;
- (5) past and future physical pain and discomfort;
- (6) past and future mental anguish and distress;
- (7) past and future disfigurement;
- (8) past and future disability;
- (9) past and future fright, nervousness, anxiety, worry, and apprehension;
- (10) past and future loss of consortium;
- (11) prejudgment interest according to proof;
- (12) for costs as provided by law; and
- (13) for such other relief as the Court deems necessary, just and proper.

Based upon the totality of the claimed damages and the nature of the Complaint, which included "severe burns and other injuries which resulted in physical pain, mental anguish, disfigurement, disability, and other medical problems," Plaintiff "sustained severe pain, physical impairment, disability, disfigurement, discomfort, mental anguish, and distress." On July 1, 2019, Plaintiff, through his counsel, confirmed that the damages exceed the jurisdictional amounts of $75,000.00. (**Exhibit B.**) As a result, Plaintiff's damages will exceed $75,000.00, the minimum amounts for jurisdiction under 28 U.S.C. § 1446(c)(2).

The Complaint does not disclose the residency of Plaintiff MATTHEW MADDUX. Plaintiff's residency was confirmed on July 1, 2019, when Plaintiff's Counsel confirmed that MATTHEW MADDUX was a resident of California at the time of the accident and was not a resident of either Michigan or Delaware. This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of

2

**NOTICE OF REMOVAL OF ACTION**

28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, because Plaintiff MATTHEW MADDUX claims damages against Defendant GENERAL DYNAMICS LAND SYSTEMS, INC. in excess of the minimum amount of $75,000.00 (*see* email confirming damages and residency attached as **Exhibit B**).

Complete diversity of citizenship exists in that Plaintiff MATTHEW MADDUX was most recently a resident of the State of California and, at present, is a resident of neither the principle place of business of Defendant GENERAL DYNAMICS LAND SYSTEMS, INC., which is Macomb County, Michigan, nor its state of incorporation, Delaware. (**Exhibit B**.)

This Court has subject matter jurisdiction because the allegations are against a federal contractor, Defendant GENERAL DYNAMICS LAND SYSTEMS, INC., which is and was a supplier to the federal government.[1]  Although the Complaint does not include sufficient information to determine whether the subject matter jurisdiction is applicable, Defendant GENERAL DYNAMICS LAND SYSTEMS, INC. anticipates that investigation and discovery will reveal that this Court has subject matter jurisdiction over the Complaint and the parties due to the likelihood that GENERAL DYNAMICS LAND SYSTEMS, INC. was acting as contractor to a federal agency.  Accordingly, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1442(a)(2).

GENERAL DYNAMICS LAND SYSTEMS, INC. hereby demands a jury trial.

Dated: 7/5/2019

LORBER, GREENFIELD & POLITO, LLP

By: _____
STEVEN M. POLITO
WILLIAM T. PASCOE
Attorneys for Defendant GENERAL DYNAMICS LAND SYSTEMS, INC.

---

[1] The complaint incorrectly states that the incident occurred in Los Angeles County, but the investigation to date suggests that the incident occurred on a federal enclave, giving rise to another basis for original federal jurisdiction.

| UNITED STATES DISTRICT COURT<br>FOR THE CENTRAL DISTRICT OF CALIFORNIA<br>– EASTERN DIVISION – | FOR COURT USE ONLY |
|---|---|
| MATTHEW MADDUX v. GENERAL DYNAMICS LAND SYSTEMS | |
| **ATTORNEYS NAME AND ADDRESS**       **TELEPHONE**<br>LORBER, GREENFIELD, & POLITO, LLP    (858) 513-1020<br>Steven M. Polito, Esq. SBN 123223<br>William T. Pascoe, Esq. SBN 133013<br>13985 Stowe Drive<br>Poway, California 92064 | |
| **ATTORNEYS FOR:**<br>Defendant GENERAL DYNAMICS LAND SYSTEMS, INC. | **CASE NUMBER:**<br>5:19-cv-1232 |

LORBER, GREENFIELD & POLITO, LLP
13985 Stowe Drive, Poway, California 92064
Telephone (858) 513-1020 / Facsimile (858) 513-1002

## DECLARATION OF SERVICE

I, the undersigned, declare: that I am, and was at the time of the transmission, over the age of 18 years, and not a party to the action; and am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 13985 Stowe Drive, Poway, California, 92064. My email address is tmoore@lorberlaw.com. On July 5, 2019 I served the document entitled

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 AND 1441(b) - DIVERSITY OF CITIZENSHIP - AND 28 U.S.C. § 1442(a)(2)

on each addressee shown on the attached service list as follows:

By **U.S. Mail** pursuant to Federal Rule of Civil Procedure Rule 5. I enclosed said document in a sealed envelope or package to each addressee noted on the attached service list and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the practices of LORBER, GREENFIELD & POLITO, LLP for collection and processing of documents for mailing with the United States Postal Service. Such documents are deposited with the United States Postal Service the same day in the ordinary course of business.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on **July 5, 2019**, at Poway, California.

_____
Teri A. Moore

l:\smp\maddux\pleadings\removal\usdc-notice-070519.doc

## Matthew Maddux v. General Dynamics Land Systems

## ATTORNEY SERVICE LIST

| | |
|---|---|
| Jason A. Itkin, Esq.<br>Noah M. Wexler, Esq.<br>ARNOLD & ITKIN LLP<br>6009 Memorial Drive<br>Houston, TX 77007<br>(713) 222-3800<br>jitkin@arnoldwitkin.com;<br>nwexler@arnolditkin.com;<br>nespinal@arnolditkin.com | **Attorneys for Plaintiff**<br>**MATTHEW MADDUX** |
| Paul R. Kiesel, Esq.<br>Melanie Meneses Palmer, Esq.<br>KIESEL LAW LLP<br>8648 Wilshire Boulevard<br>Beverly Hills, CA 90211-2910<br>(310) 854-4444<br>kiesel@kiesel.law; palmer@kiesel.law | **Attorneys for Plaintiff**<br>**MATTHEW MADDUX** |